IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY SCHILLINGER,<br>Petitioner, | : <br> : <br> : <br> : <br> : | CIVIL ACTION |
| DISTRICT ATTORNEY OF THE COUNTY<br>OF BUCKS, et al.,<br>Respondents. | : <br> : <br> : <br> : <br> : | NO. 12-6179 |

## ORDER

**LEGROME D. DAVIS, J.**

AND NOW, this 19th day of June, 2013, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

v. The Report and Recommendation is APPROVED and ADOPTED.

vi. The petition for Writ of *Habeas Corpus* is DISMISSED without prejudice.

vii. There is no probable cause to issue a certificate of appealability.

viii. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

LEGROME D. DAVIS, J.