IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY SCHILLINGER,<br>Petitioner, | : | CIVIL ACTION |
| DISTRICT ATTORNEY OF THE COUNTY<br>OF BUCKS, et al.,<br>Respondents. | : | NO. 12-6179 |

## ORDER

**LEGROME D. DAVIS, J.**

AND NOW, this 19th day of June, 2013, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    v.    The Report and Recommendation is APPROVED and ADOPTED.

    vi.    The petition for Writ of *Habeas Corpus* is DISMISSED without prejudice.

    vii.    There is no probable cause to issue a certificate of appealability.

    viii.    The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis
LEGROME D. DAVIS, J.